40 A.3d 1147

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL FRANKLIN, DEFENDANT–PETITIONER.

February 9, 2012.

ORDERED that the petition for certification is granted limited to the issue of whether it was error for the State to have questioned defendant during the trial about his refusal to give a urine sample or to sign a consent for diagnosis and treatment while at the hospital.